JS 44 (Rev. 07/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Noel Quintana a/k/a Christopher Sandle

**(b)** County of Residence of First Listed Plaintiff: **Philadelphia**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rania M. Major, Esquire
2915 N. 5th Street
Philadelphia, PA 19133 (215) 291-5009

## DEFENDANTS
City of Philadelphia, et al.

County of Residence of First Listed Defendant: **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Douglas Weck, Esquire
Philadelphia District Attorney's Office
Three South Penn Square, 13th Floor

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | | | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education / ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. Section 1983

Brief description of cause:
Plaintiff alleges federal civil rights violation under 42 U.S.C. Section 1983

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE
DOCKET NUMBER

DATE: 04/11/2017
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE

IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| NOEL QUINTANA a/k/a<br>CHRISTOPHER SANDLE<br>1718 S. 21st<br>Philadelphia, PA 19145 | CIVIL ACTION<br><br>NO. 17-CV-00996 |
| PLAINTIFF | |
| v. | |
| CITY OF PHILADELPHIA<br>1515 Arch Street<br>14th Floor<br>Philadelphia, PA 19102 | |
| and | |
| PHILADELPHIA POLICE DEPARMENT<br>c/o City of Philadelphia Law Department<br>1515 Arch Street<br>14th Floor<br>Philadelphia, PA 19102 | |
| and | |
| RICHARD ROSS, JR., Individually<br>and in his official capacity as Commissioner<br>of the Philadelphia Police Department<br>c/o City of Philadelphia Law Department<br>1515 Arch Street<br>14th Floor<br>Philadelphia, PA 19102 | |
| and | |
| POLICE OFFICER JEFFREY SCHMIDT,<br>Badge No. 4466<br>Individually and in his official capacity as a<br>Police Officer of the City of Philadelphia<br>24th Police District<br>3901 Whitaker Avenue<br>Philadelphia, PA 19124 | |

and                                                      :
                                                         :
POLICE OFFICER SEAN S. MATRASCEZ,                        :
Badge No. 9893                                           :
Individually and in his official capacity as a           :
Police Officer of the City of Philadelphia               :
24th Police District                          :
3901 Whitaker Avenue                                     :
Philadelphia, PA  19124                                  :
                                                         :
and                                                      :
                                                         :
POLICE OFFICER JOHN E. COLE,                             :
Badge No. 4037                                           :
Individually and in his official capacity as a           :
Police Officer of the City of Philadelphia               :
24th Police District                          :
3901 Whitaker Avenue                                     :
Philadelphia, PA  19124                                  :
                                                         :
and                                                      :
                                                         :
POLICE OFFICER TIMOTHY M. MILLER,                        :
Badge No. 2357                                           :
Individually and in his official capacity as a           :
Police Officer of the City of Philadelphia               :
24th Police District                          :
3901 Whitaker Avenue                                     :
Philadelphia, PA  19124                                  :
                                                         :
and                                                      :
                                                         :
POLICE OFFICER SAMUEL H. HUDSON,                         :
Badge No.                                                :
Individually and in his official capacity as a           :
Police Officer of the City of Philadelphia               :
24th Police District                          :
3901 Whitaker Avenue                                     :
Philadelphia, PA  19124                                  :
                                                         :
and                                                      :
                                                         :
POLICE SERGEANT JOHN MORTON,                             :
Badge No. 561                                            :
Individually and in his official capacity as a           :
Police Officer of the City of Philadelphia               :
24th Police District                          :

3901 Whitaker Avenue :
Philadelphia, PA 19124 :
  :
and :
  :
DETECTIVE MICHAEL MCGOLDRICK :
Badge No. 8011 :
c/o City of Philadelphia Law Department :
1515 Arch Street :
14th Floor :
Philadelphia, PA 19102 :
  :
and :
  :
DETECTIVE THOMAS MARTINKA :
Badge No. 921 :
c/o City of Philadelphia Law Department :
1515 Arch Street :
14th Floor :
Philadelphia, PA 19102 :
  :
and :
  :
LIEUTENANT ANTHONY MIRDEDLA, :
Badge No. 147 :
c/o City of Philadelphia Law Department :
1515 Arch Street :
14th Floor :
Philadelphia, PA 19102 :
  :
and :
  :
DETECTIVE PHILLIP NARDO :
Badge No. 936 :
c/o City of Philadelphia Law Department :
1515 Arch Street :
14th Floor :
Philadelphia, PA 19102 :
  :
and :
  :
HOMICIDE DETECTIVE BAMBRUSKEY :
c/o City of Philadelphia Law Department :
1515 Arch Street :
14th Floor :
Philadelphia, PA 19102 :

and                                                          :
                                                             :
HOMICIDE DETECTIVE WILLIAMS                                  :
c/o City of Philadelphia Law Department                      :
1515 Arch Street                                             :
14th Floor                                                   :
Philadelphia, PA  19102                                      :
                                                             :
and                                                          :
                                                             :
PHILADELPHIA DISTRICT                                        :
ATTORNEY'S OFFICE                                            :
Three South Penn Square                                      :
Philadelphia, PA  19107-3499                                 :
                                                             :
and                                                          :
                                                             :
SETH WILLIAMS, Individually and in                           :
his official capacity as District Attorney of                :
the City of Philadelphia                                     :
Three South Penn Square                                      :
Philadelphia, PA  19107-3499                                 :
                                                             :
and                                                          :
                                                             :
ERIN O' BRIEN, Individually and in                           :
her official capacity as District Attorney of                :
the City of Philadelphia                                     :
Three South Penn Square                                      :
Philadelphia, PA  19107-3499                                 :
                                                             :
and                                                          :
                                                             :
ROCHELLE KEYHAN, Individually and in                         :
her official capacity as District Attorney of                :
the City of Philadelphia                                     :
Three South Penn Square                                      :
Philadelphia, PA  19107-3499                                 :
                                                             :
and                                                          :
                                                             :
TIFFANY OLDFIELD, Individually and in                        :
his official capacity as District Attorney of                :
the City of Philadelphia                                     :
Three South Penn Square                                      :

Philadelphia, PA  19107-3499        :
                                    :
and                                 :
                                    :
JENNIFER MITRICK, Individually and in :
his official capacity as District Attorney of :
the City of Philadelphia            :
Three South Penn Square             :
Philadelphia, PA  19107-3499        :
                                    :
and                                 :
                                    :
COMMONWEALTH OF PENNSYLVANIA        :
ATTORNEY GENERAL'S OFFICE           :
16th floor, Strawberry Square       :
Harrisburg, PA 17120                :
                                    :
and                                 :
                                    :
COMMONWEALTH OF PENNSYLVANIA        :
BOARD OF PROBATION AND PAROLE       :
c/o Attorney General's Office of the :
Commonwealth of Pennsylvania        :
16th floor, Strawberry Square       :
Harrisburg, PA 17120                :
                                    :
and                                 :
                                    :
COMMONWEALTH OF PENNSYLVANIA        :
DEPARTMENT OF CORRECTIONS           :
c/o Attorney General's Office of the :
Commonwealth of Pennsylvania        :
16th floor, Strawberry Square       :
Harrisburg, PA 17120                :
                                    :
        DEFENDANTS                  :
                                    :

## NOTICE

You have been sued in Court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may

be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

Philadelphia Bar Association<br>
1101 Market Street<br>
11th Floor<br>
Philadelphia, PA 19107<br>
(215) 238-6300

ADVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plaza al partir de la fe de la demanda y la notificacion. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objecciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENDUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

Philadelphia Bar Association<br>
1101 Market Street<br>
11th Floor<br>
Philadelphia, PA 19107<br>
(215) 238-6300

IN THE UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOEL QUINTANA a/k/a<br>CHRISTOPHER SANDLE<br>1718 S. 21st<br>Philadelphia, PA 19145<br><br>PLAINTIFF<br><br>v.<br><br>CITY OF PHILADELPHIA<br>1515 Arch Street<br>14th Floor<br>Philadelphia, PA 19102<br><br>and<br><br>PHILADELPHIA POLICE DEPARMENT<br>c/o City of Philadelphia Law Department<br>1515 Arch Street<br>14th Floor<br>Philadelphia, PA 19102<br><br>and<br><br>RICHARD ROSS, JR., Individually<br>and in his official capacity as Commissioner<br>of the Philadelphia Police Department<br>c/o City of Philadelphia Law Department<br>1515 Arch Street<br>14th Floor<br>Philadelphia, PA 19102<br><br>and<br><br>POLICE OFFICER JEFFREY SCHMIDT,<br>Badge No. 4466<br>Individually and in his official capacity as a<br>Police Officer of the City of Philadelphia<br>24th Police District<br>3901 Whitaker Avenue<br>Philadelphia, PA 19124 | CIVIL ACTION<br><br>NO. 17-CV-00996 |

and                                                  :
                                                     :
POLICE OFFICER SEAN S. MATRASCEZ,                    :
Badge No. 9893                                       :
Individually and in his official capacity as a       :
Police Officer of the City of Philadelphia           :
24th Police District                                 :
3901 Whitaker Avenue                                 :
Philadelphia, PA  19124                              :
                                                     :
and                                                  :
                                                     :
POLICE OFFICER JOHN E. COLE,                         :
Badge No. 4037                                       :
Individually and in his official capacity as a       :
Police Officer of the City of Philadelphia           :
24th Police District                                 :
3901 Whitaker Avenue                                 :
Philadelphia, PA  19124                              :
                                                     :
and                                                  :
                                                     :
POLICE OFFICER TIMOTHY M. MILLER,                    :
Badge No. 2357                                       :
Individually and in his official capacity as a       :
Police Officer of the City of Philadelphia           :
24th Police District                                 :
3901 Whitaker Avenue                                 :
Philadelphia, PA  19124                              :
                                                     :
and                                                  :
                                                     :
POLICE OFFICER SAMUEL H. HUDSON,                     :
Badge No.                                            :
Individually and in his official capacity as a       :
Police Officer of the City of Philadelphia           :
24th Police District                                 :
3901 Whitaker Avenue                                 :
Philadelphia, PA  19124                              :
                                                     :
and                                                  :
                                                     :
POLICE SERGEANT JOHN MORTON,                         :
Badge No. 561                                        :
Individually and in his official capacity as a       :
Police Officer of the City of Philadelphia           :
24th Police District                                 :

    3901 Whitaker Avenue                       :
    Philadelphia, PA  19124                 :

    and      :

    DETECTIVE MICHAEL MCGOLDRICK   :
    Badge No. 8011
    c/o City of Philadelphia Law Department   :
    1515 Arch Street
    14th Floor
    Philadelphia, PA  19102

    and      :

    DETECTIVE THOMAS MARTINKA   :
    Badge No. 921
    c/o City of Philadelphia Law Department   :
    1515 Arch Street
    14th Floor
    Philadelphia, PA  19102

    and      :

    LIEUTENANT ANTHONY MIRDEDLA,  :
    Badge No. 147
    c/o City of Philadelphia Law Department   :
    1515 Arch Street
    14th Floor
    Philadelphia, PA  19102

    and      :

    DETECTIVE PHILLIP NARDO   :
    Badge No. 936
    c/o City of Philadelphia Law Department   :
    1515 Arch Street
    14th Floor
    Philadelphia, PA  19102

    and      :

    HOMICIDE DETECTIVE BAMBRUSKEY:
    c/o City of Philadelphia Law Department   :
    1515 Arch Street
    14th Floor
    Philadelphia, PA  19102                 :

and                                                            :
                                                               :
HOMICIDE DETECTIVE WILLIAMS                                    :
c/o City of Philadelphia Law Department                        :
1515 Arch Street                                               :
14th Floor                                                     :
Philadelphia, PA  19102                                        :
                                                               :
and                                                            :
                                                               :
PHILADELPHIA DISTRICT                                          :
ATTORNEY'S OFFICE                                              :
Three South Penn Square                                        :
Philadelphia, PA  19107-3499                                   :
                                                               :
and                                                            :
                                                               :
SETH WILLIAMS, Individually and in                             :
his official capacity as District Attorney of                  :
the City of Philadelphia                                       :
Three South Penn Square                                        :
Philadelphia, PA  19107-3499                                   :
                                                               :
and                                                            :
                                                               :
ERIN O' BRIEN, Individually and in                             :
her official capacity as District Attorney of                  :
the City of Philadelphia                                       :
Three South Penn Square                                        :
Philadelphia, PA  19107-3499                                   :
                                                               :
and                                                            :
                                                               :
ROCHELLE KEYHAN, Individually and in                           :
her official capacity as District Attorney of                  :
the City of Philadelphia                                       :
Three South Penn Square                                        :
Philadelphia, PA  19107-3499                                   :
                                                               :
and                                                            :
                                                               :
TIFFANY OLDFIELD, Individually and in                          :
his official capacity as District Attorney of                  :
the City of Philadelphia                                       :
Three South Penn Square                                        :

Philadelphia, PA  19107-3499

and

JENNIFER MITRICK, Individually and in his official capacity as District Attorney of the City of Philadelphia
Three South Penn Square
Philadelphia, PA  19107-3499

and

COMMONWEALTH OF PENNSYLVANIA
ATTORNEY GENERAL'S OFFICE
16th floor, Strawberry Square
Harrisburg, PA 17120

and

COMMONWEALTH OF PENNSYLVANIA
BOARD OF PROBATION AND PAROLE
c/o Attorney General's Office of the
Commonwealth of Pennsylvania
16th floor, Strawberry Square
Harrisburg, PA 17120

and

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF CORRECTIONS
c/o Attorney General's Office of the
Commonwealth of Pennsylvania
16th floor, Strawberry Square
Harrisburg, PA 17120

DEFENDANTS

## AMENDED COMPLAINT - CIVIL ACTION

1. Plaintiff, Noel Quintana a/k/a Christopher Sandle, is an adult individual residing at the above-captioned address.

2. Defendant, the City of Philadelphia (hereinafter "City") at all relevant and material times hereto was a political subdivision and municipal corporation duly existing and organized under the laws of the Commonwealth of Pennsylvania, with a regular business address as above-captioned.

3. Defendant, the Philadelphia Police Department (hereinafter "PPD") at all relevant and material times hereto was a political subdivision and municipal corporation duly existing and organized under the laws of the Commonwealth of Pennsylvania, with a regular business address as above-captioned.

4. Defendant, the City of Philadelphia (hereinafter "City") at all relevant and material times hereto was a political subdivision and municipal corporation duly existing and organized under the laws of the Commonwealth of Pennsylvania, with a regular business address as above-captioned.

5. Defendant, Richard Ross, Jr., at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as the Commissioner of the City of Philadelphia Police Department, with a regular business address as above-captioned.

6. Defendant, Police Officer Jeffrey Schmidt, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a Police Officer of the City of Philadelphia Police Department, with a regular business address as above-captioned.

7. Defendant, Police Officer Sean S. Matrascez, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and

employee of Defendant, City, as a Police Officer of the City of Philadelphia Police Department, with a regular business address as above-captioned.

8. Defendant, Police Officer John E. Cole, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a Police Officer of the City of Philadelphia Police Department, with a regular business address as above-captioned.

9. Defendant, Police Officer Timothy Miller, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a Police Officer of the City of Philadelphia Police Department, with a regular business address as above-captioned.

10. Defendant, Police Officer Samuel H. Hudson, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a Police Officer of the City of Philadelphia Police Department, with a regular business address as above-captioned.

11. Defendant, Police Sergeant John Morton, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a Police Sergeant of the City of Philadelphia Police Department, with a regular business address as above-captioned.

12. Defendant, Detective Michael McGoldrick, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a detective of the City of Philadelphia Police Department, with a regular business address as above-captioned.

13. Defendant, Detective Thomas Martinka, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a detective of the City of Philadelphia Police Department, with a regular business address as above-captioned.

14. Defendant, Lieutenant Anthony Mirabella, Jr., at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a Lieutenant of the City of Philadelphia Police Department, with a regular business address as above-captioned.

15. Defendant, Detective Phillip Nardo, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a detective of the City of Philadelphia Police Department, with a regular business address as above-captioned.

16. Defendant, Homicide Detective Bambrusky, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a homicide detective of the City of Philadelphia Police Department, with a regular business address as above-captioned.

17. Defendant, Homicide Detective Williams, at all times relevant and material hereto acted individually and in his official capacity as an agent, servant, worker and employee of Defendant, City, as a homicide detective of the City of Philadelphia Police Department, with a regular business address as above-captioned.

18. Defendant, the Philadelphia District Attorney's Office, at all relevant and material times hereto was a political subdivision and municipal corporation duly existing and