# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NOEL QUINTANA a/k/a CHRISTOPHER SANDLE,

    *Plaintiff*,

v.

CITY OF PHILADELPHIA, *et al.*,

    *Defendants*.

CIVIL ACTION
No. 17-0996

## ORDER

**AND NOW**, this 30th day of July, 2018, after consideration of Defendants' Motions to Dismiss, (ECF Nos. 38 & 42), Plaintiff's Responses, (ECF Nos. 48 & 49), and Nordo's Reply (ECF No. 50), it is hereby **ORDERED** that the Motions are **GRANTED in part and DENIED in part**.

1. Count I for malicious prosecution under § 1983 is **DISMISSED** against the City of Philadelphia, the Philadelphia Police Department, Richard Ross, Jeffrey Schmidt, Sean Matrascez, John Cole, Timothy Miller, Samuel Hudson, Thomas Matinka, and the Philadelphia District Attorney's Office;

2. Count II for conspiracy is **DISMISSED** against all defendants;

3. Count III under *Monell* is **DISMISSED** against all defendants;

4. Count VI for malicious prosecution under state law is **DISMISSED** against the City of Philadelphia, the Philadelphia Police Department, Richard Ross, Jeffrey Schmidt, Sean Matrascez, John Cole, Timothy Miller, Samuel Hudson, Thomas Matinka, and the Philadelphia District Attorney's Office; and,

5. Count VII for negligent and intentional infliction of emotional distress is **DISMISSED** against all defendants.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.