IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NOEL QUINTANA,<br><br>   *Plaintiff*,<br><br> v.<br><br>CITY OF PHILADELPHIA, *et al.*,<br><br>   *Defendants*. | CIVIL ACTION<br>No. 17-0996 |

## <u>ORDER</u>

**AND NOW**, this 3rd day of April, 2019, upon consideration of Defendants' Motions for Summary Judgment (ECF Nos. 65, 66), Plaintiff's Responses (ECF Nos. 76, 77) and Defendants' Replies (ECF Nos. 79, 81), and after hearing oral argument on the Motions (ECF No. 96), it is hereby **ORDERED** that the Motions are **GRANTED** and judgment entered for the Defendants. The Clerk of Court shall mark this case **CLOSED**.

               BY THE COURT:


               ***/s/ Gerald J. Pappert***
               GERALD J. PAPPERT, J.